**From:** Clerk, Appeals-1
**To:** coa4notices
**Subject:** Mandate Receipt Acknowledgement - Case No. 04-14-00911-CR [   DATE   5/4/2015   ]
**Date:** Tuesday, May 5, 2015 8:03:58 AM

**Jamie L. Osio**
**Appeals/Writ Clerk 1**
**Office of Donna Kay McKinney**
**Bexar County District Clerk**
**101 W. Nueva, Ste. 217**
**San Antonio, TX 78205**
**Office: (210)335-3141**
**Appeals1.Clerk@bexar.org**

RE: Case No. 04-14-00911-CR [    DATE    5/4/2015    ]

Pursuant to Rule 51.2(a)(1) T.R.A.P., I hereby acknowledge receipt of the mandate of the
 Fourth Court of Appeals via this email response.